IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CEDRIC BRINSON, #1291032 | § | |
| VS. | § | CIVIL ACTION NO. 6:12cv277 |
| KELVIN SCOTT, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's claims are **DISMISSED** without prejudice to the Plaintiff refiling the claims at such time as he can demonstrate that he has been able to have the disciplinary case reversed, expunged or otherwise declared invalid. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 12th day of July, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**